MARC PILOTIN
Regional Solicitor
ANDREW J. SCHULTZ
Wage and Hour Counsel
JULIA HAYER (Cal. Bar No. #333454)
Trial Attorney
UNITED STATES DEPARTMENT OF LABOR
90 7th Street, Suite 3-700
San Francisco, CA 94103-1516
Telephone:  415-625-2226
hayer.julia.b@dol.gov
*Attorneys for Plaintiff Martin J. Walsh,*
*United States Secretary of Labor*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Martin J. Walsh,<br>　　Secretary of Labor,<br>　　　United States Department of Labor,<br>　　　　　Plaintiff,<br>v.<br>Renovations of Las Vegas, Inc.,<br>　　　　　Respondent. | Case No. 2:22-cv-02063 -CDS-BNW<br><br>**PLAINTIFF'S MOTION TO CONTINUE HEARING** |

　　　Petitioner, Martin J. Walsh, Secretary of Labor, United States Department of Labor ("Secretary"), files this motion to continue the February 17, 2023, Order to Show Cause hearing. Counsel for the Secretary has a trial scheduled in Saipan from February 15-17, 2023; as of the date of this filing that trial date remains on calendar. Petitioner requests that the Order to Show Cause hearing be continued to a date at least 14 days after February 17, 2023.

Dated: February 8, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　By: /s/ *Julia B. Hayer*

PLAINTIFF'S MOTION TO CONTINUE HEARING
1

U.S. Department of Labor
Trial Attorney
Julia B. Hayer

## ORDER

IT IS ORDERED that ECF No. 12 is GRANTED.

IT IS FURTHER ORDERED that the Order to Show Cause hearing is **rescheduled** to March 9, 2023 at 1:00 p.m. in LV Courtroom 3B by Zoom video conference. To obtain a Zoom invitation, parties are kindly directed to contact courtroom administrator Jeff Miller at jeff_miller@nvd.uscourts.gov no later than noon on the day before the hearing.

IT IS FURTHER ORDERED that Plaintiff must serve a copy of this Order on Defendant and file a certificate of service with the Court by 2/15/2023.

**IT IS SO ORDERED**

**DATED:** 11:04 am, February 10, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**